1 Frank Woodson
Navan Ward
2 **BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
3 218 Commerce Street
P.O. Box 4160
4 Montgomery, Alabama 36103
Telephone: 334-269-2343
5 Facsimile: 334-954-7555
Attorneys for Plaintiffs
6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>13 PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| 14 This Document Relates To: | |
| 15 *Judy Shearer, et al. vs. Pharmacia Inc, et al.*<br>(05-4581 CRB)<br>16 | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| 17 *Barbara J. Williams vs. Pfizer Inc, et al.*<br>(06-1670 CRB) | |
| 18 *Michele Walker, et al. vs. Pfizer Inc, et al.*<br>(06-1878 CRB)<br>19 | |
| 20 *Stephanie Shearer vs. Monsanto Company, et*<br>*al.*<br>(06-1902 CRB)<br>21 | |
| 22 *Joe Vega, et al. vs. Pfizer Inc, et al.*<br>(06-2440 CRB) | |
| 23 *Brad Henry Taylor vs. Pfizer Inc, et al.*<br>(06-2577 CRB)<br>24 | |
| 25 *James Preston Taylor vs. Pfizer Inc, et al.*<br>(06-2863 CRB) | |
| 26 *John H. Roberts, Jr. vs. Pfizer Inc, et al.*<br>(06-3062 CRB)<br>27 | |
| 28 *Patsy Lynn Stegall vs. Pfizer Inc, et al.*<br>(06-3084 CRB) | |

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1

2  *Andrea Sanborn, et al. vs. Pfizer Inc, et al.*
   (06-3100 CRB)

3  *Barbara Smith, et al. vs. Pfizer Inc, et al.*
   (06-3102 CRB)
4
   *Arnold Swick vs. Pfizer Inc*
5  (06-3304 CRB)

6  *Corrine Morrisette vs. Pfizer Inc, et al.*
   (06-3363 CRB)
7
   *Sylvia Wingard vs. Pfizer Inc, et al.*
8  (06-3653 CRB)

9  *Susan Smith vs. Pfizer Inc, et al.*
   (06-3951 CRB)
10
   *Clarence Edward Smith vs. Pfizer Inc, et al.*
11 (06-3957 CRB)

12 *Mary Vernick vs. Pfizer Inc, et al.*
   (06-4102 CRB)
13
   *Patricia Ann Kennedy Watson vs. Pfizer Inc, et*
14 *al.*
   (06-4285 CRB)
15
   *Marvin Rogers vs. G.D. Searle LLC, et al.*
16 (06-4514 CRB)

17 *Shirley Lindeen vs. G.D. Searle LLC, et al.*
   (06-4515 CRB)
18
   *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et*
19 *al.*
   (06-4547 CRB)
20
   *Charles Snodgrass vs. Pfizer Inc, et al.*
21 (06-4661 CRB)

22 *John Vandale vs. Pfizer Inc, et al.*
   (06-5257 CRB)
23
   *William Coulson, et al. vs. Pfizer Inc, et al.*
24 (06-5261 CRB)

25 *Dick Shepherd vs. Pfizer Inc, et al.*
   (06-5417 CRB)
26
   *Robin Morrison, et al. vs. Pfizer Inc, et al.*
27 (06-6900 CRB)

28 *Rosa Cebreros, et al. vs. Pfizer Inc, et al.*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1  | (06-7003 CRB)

2  | *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
   | (06-7113 CRB)
3
   | *Florence Salle vs. Pfizer Inc, et al.*
4  | (06-7207 CRB)

5  | *Jimmie A. Scott vs. Pfizer Inc, et al.*
   | (06-7259 CRB)
6
   | *William Edward Simpson vs. Pfizer Inc, et al.*
7  | (07-0972 CRB)

8  | *Terry Vintson vs. Pfizer Inc, et al.*
   | (07-0977 CRB)
9
   | *Deanna L. Walston vs. Pfizer Inc, et al.*
10 | (07-1318 CRB)

11 | *Louis Romanelli vs. Pfizer Inc, et al.*
   | (07-2631 CRB)
12
   | *Johnnie L. West vs. Pfizer Inc, et al.*
13 | (07-5687 CRB)

14 | *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
   | (07-5915 CRB)
15
   | *Gene Summers vs. Pfizer Inc, et al.*
16 | (08-0259 CRB)

17 | *Maria Avendano vs. Pfizer Inc, et al.*
   | (08-1099 CRB)
18
   | *Mary Woodall vs. Pfizer Inc, et al.*
19 | (08-1183 CRB)

20 | *Mildred Sturdavant vs. Pfizer Inc, et al.*
   | (08-1976 CRB)
21
   | *Netra Thomas vs. Pfizer Inc, et al.*
22 | (08-2110 CRB)

23 | *John Denton vs. Pfizer Inc, et al.*
   | (08-2459 CRB)
24
   | *Joanne Schwandt vs. Pfizer Inc, et al.*
25 | (08-2604 CRB)

26 | *Donald Schwanke vs. Pfizer Inc, et al.*
   | (08-3709 CRB)
27
   | *Cheryl Samuel vs. Pfizer Inc, et al.*
28 | (09-0888 CRB)

-3-

1

2    Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

3  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

4  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

5  each side bearing its own attorneys' fees and costs.

6

7    DATED: 10·29, 2009       By: _Mauran Ward_

8                              BEASLEY, ALLEN, CROW, METHVIN,
                               PORTIS & MILES, P.C.
9                             218 Commerce Street
                               P.O. Box 4160
10                            Montgomery, Alabama 36103
                               Telephone: 334-269-2343
11                            Facsimile: 334-954-7555

12                             *Attorneys for Plaintiffs*

13
     DATED: Oct. 29, 2009      By: _____
14

15                             **DLA PIPER LLP (US)**
16                            1251 Avenue of the Americas
                               New York, New York 10020
17                            Telephone: 212-335-4500
                               Facsimile: 212-335-4501

18                             *Defendants' Liaison Counsel*

19

20

21   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**
22

23   Dated: **NOV 1 3 2009**
24                             Hon. Charles R. Breyer
                               United States District Court
25

26

27

28

-4-